**SELF INITIATED
AMENDMENT**

CHAMBERS OF
**JAMES KNOLL GARDNER**
UNITED STATES DISTRICT JUDGE

EDWARD N. CAHN UNITED STATES COURTHOUSE
504 WEST HAMILTON STREET, SUITE 4701
ALLENTOWN, PENNSYLVANIA 18101
**(610) 434-3457**

July 13, 2009

Committee on Financial Disclosure
Administrative Office of U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544 .

Re:  Honorable James Knoll Gardner
     2008 Financial Disclosure Report

Gentlemen:

The purpose of this letter is to correct a typographical error in my 2008 Financial Disclosure Report dated July 9, 2009 covering the period January 1, 2008 through December 31, 2008.

In Part VII, Line 20, Column A, Page 5 of 10, change "Nuster Energy, L.P.-Common Stock" to "Nustar Energy, L.P.-Common Stock".  All of the other Line 20 entries (Sections B, C and D) are unchanged.

Thank you for your attention.

Very truly yours,

JKG:ces

**Gardner, James Knoll**

# UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
**JAMES KNOLL GARDNER**
UNITED STATES DISTRICT JUDGE

EDWARD N. CAHN UNITED STATES COURTHOUSE
504 WEST HAMILTON STREET, SUITE 4701
ALLENTOWN, PENNSYLVANIA 18101
(610) 434-3457

April 20, 2009

Otrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  Financial Disclosure Report for Calendar Year 2007;
     Amendment of Financial Disclosure Reports for
     Calendar Years 2002 through 2007

Dear Mr. Smith:

This is in response to the January 30, 2009 letter from Staff Counsel George D. Reynolds and earlier letters concerning my Financial Disclosure Report for Calendar Year 2007 dated July 11, 2008.  The purpose of this letter is to amend my 2007 report pursuant to your August 12, 2008 letter as follows:

Section VII., Investments and Trusts, Line 12, on page 4 of the report currently reads:

| A. Description of Assets | B.(2) Income Type | C.(1) Value Code | C.(2) Value Method | D.(1) Transaction Type | D.(2) Date | D.(3) Value Code | D.(5) Identity of buyer/ seller |
|---|---|---|---|---|---|---|---|
| Amgen, Inc. - common stock | None | J | T | Sell | 2/21 | J | N/A |

Please amend line 12 to eliminate the responses "J" and "T" in boxes C.(1) and C.(2).  Please also complete box D.(4) as follows:

| D.(4) Gain Code |
|---|
| A |

All the remaining boxes A., B.(2), D.(1), D.(2), D.(3) and D.(5) remain unchanged.

Section VII., Line 76, on page 8 currently reads

| A. Description of Assets | B.(1) Income Amount Code | B.(2) Type | C.(1) Value Code | C.(2) Value Method |
|---|---|---|---|---|
| Fun $ Investment Club - Partnership | A | Dividend | J | T |

The income from this asset reported on line 76 first became reportable in the report for calendar year 2007. Prior to that its income was below the reporting threshold. However, an "(X)" notation in column A would be inaccurate because the year-end value of the asset was above the reporting threshold for each report period from the initial report for calendar year 2002 onward. The listing of this asset was inadvertently omitted from each report for calendar year 2002 through 2006. When the oversight was discovered, the asset was reported for the first time in the report for calendar year 2007 in the format indicated above.

Accordingly, another purpose of this letter is to amend my Financial Disclosure Report for each calendar year 2002 through 2006 with the identical amendment in Section VII., Investments and Trusts, by the addition of an additional line as follows:

| Report for Calendr Year | Line Number |
|---|---|
| 2002 | 85 |
| 2003 | 57 |
| 2004 | 96 |
| 2005 | 79 |
| 2006 | 82 |

Otrie D. Smith, Chair
Committee on Financial Disclosure
April 20, 2009
Page 3

Each of the above lines should read:

| A. Description of Assets | B.(1) Income Amount Code | B.(2) Type | C.(1) Value Code | C.(2) Value Method |
|---|---|---|---|---|
| Fun $ Investment Club - Partnership | A | Dividend | J | U |

Please also amend Section VII., Line 76 of the report for Calendar Year 2007, Column C.(2), Value Method, to change the designation from "T" to "U".

Do not hesitate to contact me if your require anything additional.

Please acknowledge receipt of these amendments.

Thank you for your cooperation.



JKG:ces

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gardner, James Knoll | 2. Court or Organization<br><br>Eastern District of PA | 3. Date of Report<br><br>07/09/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Edward N. Cahn U.S. Courthouse<br>504 W. Hamilton Street, #4701<br>Allentown, PA 18101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer, Director | Allentown Symphony Association |
| 2. Director | Boys and Girls Club of Allentown, Inc. |
| 3. Director | Police Athetic League, Inc. |
| 4. General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |
| 5. | |

RECEIVED 2009 JUL 13 A 11: 14 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | self-employed piano teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The New York Intellectual Property Law Association (NYIPLA) | March 28-29, 2008 | New York City, NY | 86th Annual Dinner | Transportation, Food and Hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Johnson Capital | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | O |
| 2. | Chase Card Services | Credit Card (Visa) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. | Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. | Sovereign Bank Accounts | A | Interest | K | T | | | | | |
| 4. | IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | | | | | |
| 5. | Brokerage Account #1: | | | | | | | | | |
| 6. | CITIBANK NA South Dakota-Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. | Disney - Common Stock | A | Dividend | J | T | | | | | |
| 8. | LMP* Appreciation Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 9. | Calamos Convertible & High Income Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 10. | Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 11. | Calamos Strategic Total Return Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 12. | Luzerne County PA Water Revenue Bond | A | Interest | J | T | | | | | |
| 13. | Microsoft Corporation - Common Stock | A | Dividend | | | Sold | 8/14 | J | A | N/A |
| 14. | Safra National Bank - NY - Certificate of Deposit | A | Interest | | | Full Call | 4/1 | J | | N/A |
| 15. | BT Group PLC - Common Stock | A | Dividend | | | Sold | 1/7 | J | A | N/A |
| 16. | Western Union - Common Stock | | None | | | Sold | 11/18 | J | | N/A |
| 17. | Eaton Vance Tax Eqty. Inc. Fd.-Closed End Fund | B | Dividend | J | T | | | | | |

*LMP = Legg Mason Partners

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason International Equity Trust - Mutual Fund | | None | | | Sold | 1/14 | J | | N/A |
| 19. Unilever PLC - Common Stock | | None | | | Sold | 1/14 | J | A | N/A |
| 20. Nuster Energy L.P. - Common Stock | A | Dividend | J | T | Buy | 1/14 | J | | N/A |
| 21. The Private Bank and Trust Co. - Certificate of Deposit | A | Interest | | | Buy | 1/14 | K | | N/A |
| 22. | | | | | Matured | 7/23 | K | | N/A |
| 23. First Bank of Puerto Rico - PR - Certificate of Deposit | A | Interest | | | Buy | 1/14 | J | | N/A |
| 24. | | | | Full Call | | 4/18 | J | | N/A |
| 25. BT Group PLC ADR - USD - Mutual Fund | | None | | | Buy | 7/9 | J | | N/A |
| 26. | | | | | Sold | 9/18 | J | | N/A |
| 27. BT Group PLC ADR - USD - Mutual Fund | A | Dividend | J | T | Buy | 8/6 | J | | N/A |
| 28. Carolina First Bank - SC - Certificate of Deposit | A | Interest | | | Buy | 9/18 | K | | N/A |
| 29. | | | | | Matured | 10/29 | K | | N/A |
| 30. BlackRock Global Allocation Fund - Mutual Fund | A | Interest | J | T | Buy | 10/15 | J | | N/A |
| 31. | A | Interest | J | T | Buy | 11/14 | J | | N/A |
| 32. | | | J | T | Buy | 12/15 | J | | N/A |
| 33. CITIBANK NA-NV *C* - Certificate of Deposit | | None | K | T | Buy | 10/14 | K | | N/A |
| 34. | | None | K | T | Buy | 11/4 | K | | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James. Knoll | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Compass Bank-AL - Certificate of Deposit | | None | K | T | Buy | 10/14 | K | | N/A |
| 36. TotalBank-FL - Certificate of Deposit | | None | K | T | Buy | 11/4 | J | | N/A |
| 37. GE Money Bank-UT - Certificate of Deposit | | None | K | T | Buy | 11/4 | J | | N/A |
| 38. End of Brokerage Account #1 | | | | | | | | | |
| 39. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |
| 40. Brokerage Account #3 (Custodial Account #2) redeemed 8/28/07 | | | | | | | | | |
| 41. Brokerage Account #4: | | | | | | | | | |
| 42. General Electric Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 43. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 44. LMP* Appreciation Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 45. LMP* Capital and Income Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 46. CITIBANK NA - Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. End of Brokerage Account #4 | | | | | | | | | |
| 48. Tme Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 49. IRA #2 (CitiGroup Global Markets) | | | | | | | | | |
| 50. Legg Mason Special Investment Trust - Mutual Fund | | None | | | Sold | 3/12 | J | | N/A |
| 51. Royce Total Return Fund Consultant - Mutual Fund | A | Dividend | J | T | | | | | |

\*Legg Mason Partners

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. | | | | | | | | period | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | J | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ginnie Mae Series 2007-30 Class JG - Asset Backed Security | A | Interest | J | T | Buy | 3/12 | J | | N/A |
| 70. BlackRock Global Allocation Fund Inc - Mutual Fund | A | Dividend | K | T | Buy | 3/14 | K | | N/A |
| 71. Putnam Asset Allocation Balanced Class C - Mutual Fund | A | Dividend | J | T | Buy | 3/14 | J | | N/A |
| 72. Select Sector SPDR TRX Financial - Closed End Fund | A | Dividend | J | T | Buy | 5/15 | J | | N/A |
| 73. End of IRA #2 | | | | | | | | | |
| 74. New York Life Whole Life | A | Dividend | L | T | | | | | |
| 75. Brokerage Account #5: | | | | | | | | | |
| 76. AB* Intermed. Bond Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 77. AB* Growth & Income Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 78. AB* Small and Mid Cap Value Fund - Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 79. AB* Int'l Growth Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 80. End of Brokerage Account #5 | | | | | | | | | |
| 81. KNBT Bank Accounts | D | Interest | M | T | | | | | |
| 82. Rental Property #2, Lehigh Valley, PA (2006 $250,000) | C | Rent | M | R | | | | | |
| 83. Fun $ Investment Club - Partnership | A | Dividend | J | T | | | | | |
| 84. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 85. Fidelity Mutual Life Insurance Co. - whole life | A | Dividend | J | T | | | | | |

*Alliance Bernstein

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Re Part VII, Line 65: Previously, CITIBANK NA - Bank Deposit Program was reported with a parenthetical "(Y)" (as reported in Part VII, Line 64 of the 2007 Financial Disclosure Report). This is because this asset was reported in previous years as a qualifying asset. However, in 2007 this asset failed both qualifying requirements. (That is, in 2007 this asset had a value of less than $1,000 on December 31, and earned less than $200 interest.) In the within 2008 Financial Disclosure Report this asset is again reported with a parenthetical "(Y)" (as reported in Part VII, Line 65 of the within 2008 Financial Disclosure Report. This is because once again the asset in 2008 never had a value of $1,000 or more and earned less than $200 in interest. In March 2008 this asset ceased to exist because it merged into CITIBANK NA South Dakota - Bank Deposit Program which was reported as a qualifying asset with a value greater than $1,000 on both December 31, 2007 and December 31, 2008, and which earned more than $200 interest in 2007, but less than $200 interest in 2008 (as reported in Part VII, Line 65 of the 2007 Financial Disclosure Report and in Part VII, Line 66 of the 2008 Financial Disclosure Report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544